UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 04-30045-MAP |
| ) | |
| vs.         ) | VIOLATIONS: |
| ) | |
| ALFONSO R. CARRANO,      ) | 18 U.S.C. § 666 - Federal |
| ) | Program Fraud (Count One) |
| Defendant.  ) | |

The Grand Jury charges:

### INDICTMENT

**COUNT ONE:**  Title 18, United States Code, Sections 666(a)(1)(A) - Federal Program Fraud

1. At all times material to this indictment, the Springfield School Department, City of Springfield, was an organization that received more than $10,000.00 in federal funds annually during the years 2002 and 2003.

2. At all times material to this indictment, defendant ALFONSO CARRANO was a Program Coordinator for the Food Services Department, Springfield School Department, City of Springfield. As such, defendant CARRANO had responsibility for staffing and supervision over the Food Services Department's cafeterias, commissary, warehouse, and delivery personnel.

3. In approximately the fall, 2000, defendant CARRANO received the additional responsibilities of administering the placement and operation of vending machines within various

1

schools. Those duties included the receipt of bonus payments and revenue sharing checks from vending machine companies who had placed machines within the schools and the prompt surrender of those bonus payments and revenue sharing checks to the City Treasurer's Office, City of Springfield.

4.  Between in or about June, 2002 and through January, 2003, in the District of Massachusetts and elsewhere,

**ALFONSO CARRANO,**

defendant herein, did intentionally misapply and knowingly embezzle, steal, obtain by fraud and otherwise without authority convert to the use of defendant ALFONSO CARRANO, a person other than the rightful owner, property valued at $5,000.00 or more and owned by or under the care, custody, and control of the City of Springfield, Springfield School Department, by stealing vending machine bonus payments and revenue sharing payments totaling $9,803.39.

All in violation of Title 18, United States Code, Section 666(a)(1)(A) and Title 18, United States Code, Section 2.

## Notice of Additional Factors

5.  The Grand Jury further charges that Count One involved a loss greater than $5,000.00, but less than $10,000.00. Accordingly, U.S.S.G. Sections 2B1.1(a) and (b)(1)(B) apply to Count One.

6.  The Grand Jury further charges that defendant ALFONSE CARRANO abused a position of public trust in a manner that significantly facilitated the commission or concealment of the offense charged in Count One. Accordingly, U.S.S.G. Section 3B1.3 applies.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS: _____September 2,_____, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK OF THE COURT
1:05 PM

4