◎AO458 (Rev. 5/85)  Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS _____

**APPEARANCE**

Case Number:    04-30045-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Alfonso Carrano

9/14/04
Date

Signature

Mark Mastroianni
Print Name

95 State St.
Address

SPFD              MA              01103
City              State           Zip Code

732-0222
Phone Number