

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*  *Federal Building and Courthouse*
*Fax (413) 785-0394*  *1550 Main Street, Room 310*
 *Springfield, Massachusetts 01103*

September 22, 2004

Mark Mastrioanni, Esq.
95 State Street
Springfield, MA   01103

Re:  **United States v. Alfonso Carrano**
      **CR-N-04-30045-MAP**

Dear Counsel:

This letter shall respond to your request for automatic discovery under the Local Rules.

**A. Discovery Pursuant to Fed.R.Crim.Pro. 16(a)(1)(A) - (D)**

  1.  **Statements of the Defendant**

FBI 302 of Alfonso Carrano, dated 11/04/03, enclosed.

  2.  **Defendants' Prior Record**

NCIC printout enclosed.

  3.  **Documents and Tangible Objects**

The FBI is currently in possession of documents received from Pepsico, Inc., Polar Beverages, Inc., City of Springfield, and several financial institutions at which Mr. Carrano banks.  Please schedule an appointment with this office to arrange for a review of these materials.

After a review of these materials, you may designate those documents that you wish to have copied.  Copies may be obtained by making arrangements with a local

1

copy center.

**4. Reports of Examinations and Tests**

None.

**B. Search Materials**

**1. Search Warrant Applications, Affidavits, and Returns**

None.

**2. Written Description of Consent Searches and Inventory**

None.

**C. Electronic Surveillance**

**1. Written Description of Any Intercept**

None.

**2. Statement Whether or Not the Government Intends to Offer Intercepts in its Case-in-Chief**

Not Applicable.

**3. Title III Applications, Affidavit, and Court Orders**

None.

**D. Consensual Intercepts**

**1. Written Description of Any Intercept**

None.

**E. Known Unindicted Co-conspirators**

None.

**F. Identifications**

   1. **Written Statement Whether or Not Used for Any Witness**

   None.

   2. **Evidence Reflecting Identification Procedure**

   None.

**G. Exculpatory Information, Promises, Rewards or Inducements**

None.

> Very truly yours,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: _____
> WILLIAM M. WELCH II
> Assistant United States Attorney

enc.

cc:  Court clerk