UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                           )
vs.                        )  No. 04-30045-MAP
                           )
ALFONSO CARRANO            )

## MOTION TO CONTINUE STATUS CONFERENCE

Now comes the defendant and respectfully requests this Honorable Court continue the status conference presently scheduled for 11/2/04. The defendant requests this date be rescheduled to the afternoon on any of the following days which are convenient for the U.S. Attorney and the Court; 11/9/04, 11/11/04, 11/12/04, 11/15/04, 11/17/04, 11/18/04.

As grounds for this request the defendant states the U.S. Attorney has materials available for the defendant to inspect and copy. The materials are in the possession of the FBI and counsel has just recently made arrangements to view and copy those materials (the U.S. Attorney's office had made these materials available in late September and it is solely defense counsel's scheduling difficulties that have caused a delay in viewing the materials). Counsel believes after he has a chance to review these materials he will be in a better position to complete a memorandum and apprise the court of the status of the case at another scheduled conference date. The U.S. Attorney has no objection to this defense request.

THE DEFENDANT

BY: _____
Mark G. Mastroianni, Esq.
95 State Street, Ste 309
Springfield, MA. 01103
(413) 732-0222
BBO #556084

## CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, William Welch, Esq., United States District Court, 1550 Main Street, Springfield, Ma. 01103 this 27th day of October, 2004.

_____
Mark G. Mastroianni