UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 04-30045-MAP |
| ) | |
| vs. ) | |
| ) | |
| ALFONSO CARRANO, ) | |
| ) | |
| Defendant. ) | |

**PARTIES' FINAL JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this final joint memorandum pursuant to Local Rule 116.5(A) and the Magistrate Judge's Scheduling Order.

1.  There are no outstanding discovery issues not yet presented. Defendant Carrano has requested that certain documents be copied. Those documents have been copied or are in the process of being copied and will be provided shortly.

2.  The Government does not anticipate providing additional discovery.

3.  The defendant does not intend to raise a defense of insanity or public authority.

4.  The Government has not requested notice of alibi. However, the defendant does not intend to raise a defense of alibi to the current charges.

5. The defendant may file substantive motions that will require rulings by the court.

6. A schedule should be set for substantive motions. Time under the Speedy Trial Clock should be tolled from the date of the status conference through the filing of the motions to provide the defendant ample time to research, draft, and submit his motion. This request takes into consideration the due diligence of the party and would be in the interests of justice.

7. The defendant has indicated that he probably would plead guilty as soon as he verifies the loss figures.

8. Excludable delay should be ordered under 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and Local Rules 112.2(A)(1) and (2). The defendant was arraigned on September 14, 2004. Pursuant to Local Rule 112.2(A)(2), twenty-eight days of excludable delay occurred from and including September 15, 2004 through and including October 14, 2004.

The defendant had not filed a discovery letter. Therefore, thirty-four days remained on the Speedy Trial Clock as of the status conference, November 19th, 2004.

9. The parties believe at this point that a trial should not be anticipated.

Filed this \_\_\_\_th day of November, 2004.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

                        _/s/ William M. Welch II_
                        WILLIAM M. WELCH II
                        Assistant United States Attorney

                        For defendant Alfonso Carrano

                        _/s/ Mark Mastroianni_
                        MARK MASTROIANNI, ESQ.
                        Counsel for defendant Carrano

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          November 18, 2004

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by faxing said motion to:

Mark Mastroianni, Esq.
95 State Street
Springfield, MA  01103

                                              /s/ William M. Welch II
                                              WILLIAM M. WELCH II
                                              Assistant United States Attorney