UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>)<br>v.            )<br>)<br>)<br>ALFONSO CARRANO,          )<br>      Defendant        ) | Criminal No. 04-30045-MAP |

FINAL STATUS REPORT
November 22, 2004

NEIMAN, U.S.M.J.

The court held a status conference on November 19, 2004, and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. All discovery has been completed.

2. Defendant indicates that there will be a change of plea. A Rule 11 hearing has been scheduled for January 10, 2005, at 2:00 p.m. in Courtroom I.

3. The parties -- and the court -- agree that, as of January 10, 2005, thirty-six days will have run on the Speedy Trial clock. A separate order shall issue.

4. There are no other matters relevant to the progress or resolution of the case.

　　　　　　　　　　　　　　　　　　　　　　　  /s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge