UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) No. 04-30045 |
| | ) |
| ALFONSO CARRANO | ) |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the defendant and respectfully requests this Honorable Court allow his conditions of release be modified. The defendant specifically requests a modification to allow him to attend a family function (child baptism) in Enfield, Connecticut on March 13, 2005.

The defendant specifically requests permission to be in Enfield, Connecticut between the hours of 12:00 p.m. and 9:00 p.m. on March 13th. The defendant will specifically be at the reception for the baptism at the Figaro Restaurant in Enfield, Connecticut.

THE DEFENDANT

BY: _____
Mark G. Mastroianni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #556084

## CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant District Attorney, William Welch, Esq., United States District Court, 1550 Main Street, Springfield, Ma. 01103 and to Irma Garcia-Zignorelli at the Pretrial Services Department, United States District Court, 1550 Main Street, Springfield, Ma. 01103 this 9th day of March, 2005.

_____
Mark G. Mastroianni