AO 245B    Judgment in a Criminal Case - D. Massachusetts
          Statement of Reasons - Sheet 1

# UNITED STATES DISTRICT COURT
## District of Massachusetts

UNITED STATES OF AMERICA  
V.  
ALFONSO CARRANO

**STATEMENT OF REASONS**

Case Number: 3   04 CR 30045   - 001 - MAP

MARK MASTROIANNI, ESQ  
Defendant's Attorney

[X] The court adopts the factual findings and guideline application in the presentence report.

**OR**

[ ] The court adopts the factual findings and guideline application in the presentence report, except (see attachment, if necessary):

[ ] See Continuation Page

**Guideline Range Determined by the Court:**

| | | | | |
|---|---|---|---|---|
| Total Offense Level: | 8 | | | |
| Criminal History Category: | I | | | |
| Imprisonment Range: | 0 | to | 6 | months |
| Supervised Release Range: | 2 | to | 3 | years |
| Fine Range: | $ $1,000.00 | to | $ $10,000.00 | |

Defendant's Soc. Sec. No.: 000/00/2789  
Defendant's Date of Birth: 00/00/72  
Defendant's USM No.:  
Defendant's Residence Address:  
750 Dickinson Street  
Springfield, MA  01108

04/04/05  
Date of Imposition of Judgment

*/s/ Michael A. Ponsor*  
Signature of Judicial Officer

MICHAEL A. PONSOR  
U.S. DISTRICT JUDGE  
Name and Title of Judicial Officer

April 6, 2005  
Date

Defendant's Mailing Address:

same

AO 245B (Rev. 08/04) Criminal Judgment
    Supplemental Statement of Reasons

DEFENDANT: ALFONSO CARRANO
CASE NUMBER: 3 04 CR 30045 - 001 - MAP
DISTRICT:

# SUPPLEMENTAL STATEMENT OF REASONS

## APPLICABILITY OF THE FEDERAL SENTENCING GUIDELINES

☑ The court applied the Guidelines and all relevant enhancements in this case.

☐ The court found the Guidelines unconstitutional in part, and imposed a sentence in accordance with the constitutionally applied portions of the Guidelines.

☐ The court did not apply the federal sentencing guidelines at all in this case and imposed a discretionary sentence.

☐ The court took some other action (Please explain below.):

☐ This judgment includes an alternative sentence.