UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. ) No. 04-30045
)
ALFONSO CARRANO )
)

MOTION TO STRIKE GOVERNMENT'S REQUEST
REGARDING SENTENCING

Now comes the defendant and respectfully requests this Honorable Court not consider the government's request regarding sentencing as it was filed beyond the time allowed by the Court for such a request to have been filed.

The defendant further objects to the government's request to increase the sentence beyond the guideline range and to impose special restitution type conditions; this objection is based on Booker, Apprendi, and due process protections.

THE DEFENDANT

BY: _____
Mark G. Mastroianni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #556084

ALLOWED.
Michael A. Ponsor
USDJ 4.8.05

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, William Welch, Esq., United States District Court, 1550 Main Street, Springfield, Ma. 01103 in hand this 4 day of April, 2005.

_____
Mark G. Mastroianni