UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 04-30045 |
| | ) | |
| ALFONSO CARRANO | ) | |

**DEFENDANT'S REQUEST TO WAIVE INTEREST ON
RESTITUTION AND IMPOSED FINES**

Now comes the defendant and respectfully requests this Honorable Court to waive any interest in the restitution and orders of fines. The defendant makes this request in order to avoid the interest from accruing while he is incarcerated and unable to make any payments after release. The defendant believes he will be able to make payments in full, during his probation, if his employment is reinstated at the end of his period of incarceration.

As indicated in the Presentence Report, the defendant filed for bankruptcy on June 2, 2007, as such, he is seeking to avoid expenses beyond the fines and restitutions so that a workable payment plan can be arranged by him.

THE DEFENDANT

BY: /s/ Mark G. Mastroianni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant District Attorney, Steven Breslow, United States District Court, 1550 Main Street, Springfield, Ma. 01103 this 18th day of September 2007.

/s/ Mark G. Mastroianni